REINHART, Appellant, vs. THE FIRE ASSOCIATION OF PHILADELPHIA, Respondent.

*May 5 — May 22, 1896.*

*Appealable order.*

An order of the circuit court denying a motion to dismiss an appeal thereto from a lower court does not "determine the action" or "prevent a judgment from which an appeal might be taken," and is therefore not appealable.

APPEAL from an order of the circuit court for Lincoln county: CHAS. V. BARDEEN, Circuit Judge. *Dismissed.*

The appellant obtained judgment against the respondent in the municipal court of Lincoln county, June 23, 1894, for

$454.10 and costs.　On the 2d day of July following a notice and affidavit for appeal were received by the municipal judge by mail, but no costs were then paid.　On the 20th day of the same month the fees of the court and the state tax and clerk's costs were paid, and on the 7th of August· following the municipal judge made his return to the circuit court for Lincoln county.　Thereupon the appellant moved to dismiss, on the ground that no appeal was ever taken which gave the circuit court jurisdiction, and assigned various alleged irregularities on the appeal which it is unnecessary to state.　From an order denying the motion to dismiss, the plaintiff appealed.

For the appellant there was a brief by *John Van Hecke* and *Henry C. Hetzel*, and oral argument by *Mr. Van Hecke.*

For the respondent there was a brief by *Kueffner, Fauntleroy & Rice* and *Curtis & Reid*, attorneys, and *James E. Trask*, of counsel, and oral argument by *Mr. Trask.*

WINSLOW, J.　This appeal must be dismissed, because the order appealed from is not an appealable order.　Although it may be said to affect a substantial right, it does not " determine the action," or " prevent a judgment from which an appeal might be taken," and hence does not come within subd. 1, sec. 3069, R. S., as amended by ch. 212, Laws of 1895.

*By the Court.*— Appeal dismissed.